1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11   MARCEL D. FORD,                         No.  1:23-cv-01602-KES-SAB (PC)

12              Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS DISMISSING
13        v.                                  CERTAIN CLAIMS AND DEFENDANTS

14   OFFICER FIORI,                          (Doc. 17)

15              Defendant.

16

17

18        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

19   U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28

20   U.S.C. § 636(b)(1) and Local Rule 302.

21        On January 19, 2024, the Court screened plaintiff's first amended complaint and found

22   that it stated a cognizable claim for deliberate indifference against defendant officer Fiori.

23   Doc. 13.  However, plaintiff failed to state any other cognizable claims.  Plaintiff was granted the

24   opportunity to file an amended complaint or notify the Court of his intent to proceed on the

25   claims found to be cognizable.  *Id.*

26        On February 29, 2024, Plaintiff filed a notice of intent to proceed on the claim found to be

27   cognizable.  Doc. 15.  Accordingly, on March 4, 2024, the assigned magistrate judge issued

28

                                             1

findings and recommendations that this action proceed against defendant Fiori for deliberate indifference and that all other claims and defendants be dismissed from the action.  Doc. 17.  The magistrate judge advised plaintiff that the "failure to file objections within the specified time may result in waiver of rights on appeal."  *Id*. at 2.  On March 14, 2024, plaintiff filed a second notice of intent to proceed on the cognizable claim.  Doc. 19.

Pursuant to 28 U.S.C. § 636(b)(1), the court conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.  Accordingly, it is ORDERED that:

1. The findings and recommendations issued March 4, 2024, Doc. 17, are adopted in full.

2. This action proceeds on plaintiff's deliberate indifference claim against defendant Fiori.

3. All other claims and defendants are dismissed from the action.

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 31, 2024

_____
UNITED STATES DISTRICT JUDGE

2