UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD,<br><br>            Plaintiff,<br><br>    v.<br><br>KERN VALLEY STATE PRISON,<br><br>            Defendants. | No. 1:23-cv-01602-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EARLY SETTLMENT AS UNNECESSARY<br><br>(ECF No. 27) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for early settlement, filed October 25, 2024. (ECF No. 27.)

This action is proceeding against Defendant Fiori for deliberate indifference. The Court ordered service of the complaint on August 5, 2024, and Defendant Fiori filed a waiver of service of the complaint and summons on October 4, 2024. (ECF Nos. 22, 26.) Defendant's responsive pleading is due on or before November 8, 2024. (ECF No. 26.) Plaintiff is advised that after Defendant files a responsive pleading, the Court will set this matter for post-screening Alternative Dispute Resolution if deemed appropriate. Accordingly, Plaintiff's motion for early settlement conference is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **October 28, 2024**          _____

UNITED STATES MAGISTRATE JUDGE

1