UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD, | No. 1:23-cv-01602-KES-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| FIORI, | (ECF No. 37) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's April 14, 2025 motion to modify the December 13, 2024, Discovery and Scheduling Order (ECF No. 35) to allow for a seven-day extension of the current Sunday, April 13, 2025, exhaustion motion for summary judgment deadline, up to and including April 21, 2025. (ECF No. 37.) Defendant proffers its motion is complete; however, additional time is needed to obtain a necessary declaration from the Kern Valley State Prison's Office of Grievances. This is Defendant's first request to modify the discovery and scheduling order. The Court finds a response by Plaintiff would not aid the Court in deciding this matter.

/ / /

/ / /

1   Good cause having been presented, it is HEREBY ORDERED that the deadline to file a
2   motion for summary judgment for failure to exhaust administrative remedies is extended to **April**
3   **21, 2025**.

4
5   IT IS SO ORDERED.

6   Dated:   **April 15, 2025**                              _____
                                                             STANLEY A. BOONE
7                                                            United States Magistrate Judge

2