UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN VALLEY STATE PRISON,<br><br>    Defendants. | No. 1:23-cv-01602-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO STAY DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 40) |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendant's motion to modify the discovery and scheduling order to stay the discovery and dispositive motion deadlines, filed May 21, 2025.

    Good cause having bee presented, it is HEREBY ORDERED that the current discovery and dispositive motion deadlines are stayed and will be reset if necessary following the Court's final ruling on the pending exhaustion motion for summary judgment.

IT IS SO ORDERED.

Dated:  **May 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1